# EXHIBIT 1:

**Translated and Original Letters in Support of Mr. Delgado**

October 28-10-2024

From: █████████████████

Age: ██ years old Country: Dominican Republic

Current partner of Mr. Deivy Rodriguez Delgado

To: Honorable Judge Boasberg

Dear Judge Boasberg:

By means of this letter, I wish to make known the way in which I met Deivy Rodriguez Delgado, my current sentimental partner, with the due respect that everyone deserves, as there are some details and situations that may be unknown.

In the year 2018, we met via the social network called Instagram. From the moment we met in person, I saw in him an educated, simple, humble, respectful, and very helpful man. During the time we got to know each other, we were friends for three months, discovering that we had many personal tastes in common. He was very concerned about my welfare, and we were so identical to each other that we eventually became engaged as a couple. Over time, I got to know a wonderful human being, to the point of taking him to my home and introducing him to my mother, ███████████████████, and my sister, ████████████████████, who accepted Deivy as a member of the family because of his cordiality and respect. He always extended his hand to me and my family and was there during very difficult and important moments, even when my dear uncle ████████ passed away in 2022. From that moment, he showed us his affection and respect.

As time passed, my relationship with Deivy grew, and we became closer. At one point, he told me that he was going through a difficult time at home because the rent was very high. I saw the possibility of offering him accommodation in my home with my family. We spent a long time together and decided to move in, saving and organizing ourselves until we managed to have a home together. Little by little, we bought household items, and I even had to ask for a loan from Banco Popular to help us—a loan that I am currently paying back with great effort.

Deivy showed loyalty to me and my family during delicate moments of health, extending his hand to us. We had many challenging moments, but with discipline, effort, dedication, and organization, we persevered, holding on to our faith and the purpose of fulfilling our great dream of marrying and building a beautiful family together. He always encouraged me to finish my studies and has been supportive of me at all times. In the years we have known each other, we have achieved a lot through hard work and dedication. Our modest incomes helped us save and purchase basic household items.

From the moment I met him, I noticed his need to help his parents and brother because the economy in Venezuela is very difficult, and food shortages are common. He always did what he could to help his mother with medicine and food for their home. There were many moments when Deivy cried by my side for not being able to offer a better life to his parents. For these reasons, he has always worked hard to support them with the limited resources we had.

Deivy has shown me that, throughout these years of knowing each other, one can get ahead with dedication and effort, especially with the person you love by your side. He has never shown me rudeness or bad gestures; he has always been kind and patient with me, willing to love me with all his heart. For these reasons and more, Deivy has become the great love of my life, my soulmate, my best friend, my brave protector, and my true love.

With all due respect, I say goodbye, Honorable Judge Boasberg.

Sincerely,
█████████████

Honorable Judge James E. Boasberg
United States District Judge
US District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge James E. Boasberg,

My name is ██████████, and I am writing to you on behalf of Deivy who is at the order of your judicial office.

I must tell you that I am Deivy's father and as such, I want to tell you that as a son Deivy is a good boy, always respectful to me and his mother.  We always tried to teach him from his early childhood how to have good manners and respect for others. He is a very hardworking man and despite his mistakes as any person makes, he has always been inclined to work and support his own needs, in addition to being able to help others, especially his family and us as his parents.

My intention, Your Honor, is not to justify any bad action that Deivy has committed, but rather to express with this letter the aspects of positive value and the aptitudes of my son, of which there are many. For example, as far as his education goes, I must tell you that he has always been outstanding in his studies. He has obtained academic recognition during his basic academic training, from elementary school up to the university level.

Deivy is a person with many good things about him, he has always faced challenges and has always overcome them. I also believe that the future holds good things for Deivy since his life has been filled with many experiences (good or bad). What I respect most about him is his independence to do the tasks and goals he sets for himself, while always being kind to everyone else.

Finally, I want to thank you, Your Honor, for the opportunity to express to you through this letter what I think of Deivy. My hope is that in this case Deivy will be allowed to overcome this incident and be a productive member of society.

Sincerely,

████████████████████
███████████
██████████████████████

Venezuela
09/23/2024

████ Santo Domingo, DR

Kind regards

Dear Judge Boasberg

My name is ████████████████, mother of ████████████████████████.
I work independently as a merchant in the sale of household items and women's lingerie.

The purpose of this letter, honorable Judge Mr. Boasberg, is to share the way in which I met Mr. Deivy
Rodriguez Delgado and to express my experiences with him.

I met Mr. Deivy Rodriguez Delgado approximately in 2018-2019, when my son ████ introduced him
to me as an ordinary friend. I found him very sociable and pleasant at that time. He then visited us more
frequently, and the relationship between them changed from friends to a couple. I liked to see my son
with a person who loved him as he is and who respected him the way he did. As a mother, I gave and
still give my support to both of them.

In the time I have known and interacted with Deivy, I can say that he is a very hardworking man,
focused on his family and their welfare. I have never seen him drunk or fighting with anyone. Even
when he is worried or sad, I have seen him smoking cigarettes; apart from this, I find him to be a loving
human being—cheerful, sociable, and very generous. He has helped me buy goods for my business and
has assisted me in moving to other provinces for my comfort. I have a lot to thank him for, as he has
been very generous and empathetic toward me and my family.

I have a third son named ████████████, who underwent cornea surgery, and Deivy accompanied
us that day. He got up early to be with us and was present at that important moment for me and my
youngest son. Apart from all the other ways he has helped me and been present, the love, affection, and
gratitude I have for him are immense. I consider him kind, respectful, dedicated, hardworking, and
supportive of others, as I can attest and testify to this.

To conclude, I want to express how important it is for me and my family to see him again. Deivy is not
only my son's partner; I consider him another son. I wish with all my heart to see him together with my
son in their home again.

I am aware that people make mistakes for the well-being of our loved ones, but I also know that Deivy is
a respectful, courteous, and cheerful human being. I hope to see him soon.

With respect, I bid you farewell, honorable Judge Boasberg.

████████████████

Honorable Judge James E. Boasberg
United States District Judge
US District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge James E. Boasberg,

The one who writes to you is, ██████████ mother of the Deivy Rodriguez who is deprived of liberty at the order of your judicial office.

I am writing to you for the purpose of expressing that Deivy is a good son, a good brother, and a friend. There are many qualities that distinguish him and during his development as a person, he has maintained a position of respect, not only for us, his parents, but for the rest of the family. I also want to add that he has always liked to work and study.

As a neighbor, he is a great person, always kind to everyone, and inclined to help others in their needs. Academically he is a good student, in fact his passion for studies is admirable, he has always applied himself to his tasks. I must clarify that as Deivy's mother, my intention Your Honor is not to justify him in any bad action he has committed, but to express in this letter, the positive aspects that my son Deivy has.

As a mother, I am certain that the future will hold good things for Deivy, because he has had a lot of learning.

Finally, I thank you, Your Honor for the opportunity to write to you about Deivy. I hope that my son will be allowed to get ahead and be a productive member of society.

Sincerely

██████████████████

Venezuela
09/23/2024

█ Santo Domingo, DR

Kind regards,

Dear Judge Boasberg,

My name is █████████████. I am 31 years old, a Dominican citizen, and a single mother █
████████████. I am currently working for a private company and studying.

I have known Mr. Deivy Rodriguez Delgado for more than 5 years through my brother ████
████████, who is his current partner. I met him one afternoon when my brother introduced him as a
friend; then the visits became more frequent until they became a couple.

The moment I met him, I liked him because he behaved respectfully and was very sociable and
supportive. He helped us with the chores in my house and also served as transportation whenever we
needed it, whether for health or personal matters. We became more than brothers-in-law; I could say we
became family.

From what I have learned about his ambitions in life, his main priority has always been to help his
family in Venezuela, which is his focus after establishing a stable family with my brother. I always
noticed his concern that nothing was lacking in their home—basic necessities like food for both of them,
keeping utilities up to date, and ensuring the welfare of the household.

Besides being so supportive of his family, including his father, mother, and my brother, he was also very
supportive of my daughter and my aunts on my mother's side. He was always available whenever we
needed him to change a faucet, take my other brother, █████████ to the doctor, buy gas for the kitchen,
or accompany us to buy food. In other words, he was incredibly supportive, kind, and generous. For this
and all the other experiences I have had with him, I can say that Deivy is a wonderful human being—
honest, supportive, generous, respectful, and familial. He has been a blessing for me, my daughter, and
my whole family.

In reality, I cannot affirm what he is accused of because I do not have that knowledge. To my eyes, I
never saw or witnessed anything unusual that I can express in this letter. If it is true, I hope that this
serves as a lesson for him and that he does not commit the same mistakes again. The time he has been
away from his family and loved ones is a lesson for him since we all learn from our mistakes without
justifying them.

Regardless of this, I want him to know that I still love him very much, and we miss him at home.

Sincerely,

████████████████

Honorable Judge James E. Boasberg
United States District Judge
US District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge James E. Boasberg,

I am ██████████████, and I am writing to you on behalf of my brother Deivy, who is currently at the order of your judicial office.

First off, I would like to express that as a relative of Deivy, I know that he is a great brother. He has always looked after me and has supported me in everything. He is a hard worker and all throughout growing up he has always tried to support his own needs, since he likes to keep busy.

I had a very happy childhood. This is because I had the opportunity to grow up next to my brother Deivy, from whom I learned many positive things such as respecting others, the desire to strive every day to achieve one's proposed goals and to always keep learning in order to find answers that strengthen our everyday life.

In general terms, I can say that my brother is a good person, always driven to achieve his goals and objectives. He is very good student, he always surpassed others in the academic area because of his ease of learning. He is a great professional, he always likes to teach others, he has even worked as a teacher.

I thank you, Your Honor for the time spent receiving and reading this letter, where I express with all sincerity my thoughts regarding Deivy. Finally, I hope that my brother can get out of this inconvenience and be useful to Society once more.


Sincerely

██████████████
██████████████████████

Venezuela
09/23/2024

Honorable Judge James E. Boasberg
United States District Judge
US District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge James E. Boasberg,

My name is ███████████ and I am writing to you in the name of Deivy who will be sentenced by you.

I currently work as a Security and Safeguarding Technician in the Public Ministry of the Bolivarian Republic of Venezuela, I am married to ███████████ and I have 2 daughters. Likewise, for 12 years I have been part of an Evangelical Baptist Christian congregation ███████████ where I attend with my family every Sunday.

I've known Deivy since birth, as I'm his uncle, I've been able to know him since childhood. We lived very close to each other for years and that is why I can describe him from his childhood, as a very affectionate and respectful young man. In fact, Deivy has always treated me with a lot of respect and consideration.

I think Deivy's is an impetuous person, always willing to strive and achieve his goals. He is very studious, in fact it is one of the things I admire most about Deivy, was his interest in academics. He has always been a good student, especially in mathematics. He was a student at one of the most prestigious universities in Venezuela: The Central University of Venezuela (UCV).

From the knowledge I have of Deivy, I'd consider him to be a person who cares about others, especially family. He has always liked to help others in their needs. I must also say as a Christian, I have sometimes spoken to Deivy about my faith which he has always accepted and respected.

As for his relationship with the community, I can say that he is a good neighbor and is very charismatic, he likes to talk a lot with people. As a worker I know that he is responsible. He us a good brother and a good son.

Finally, Your Honor, I would like to thank you for taking the time to read this letter. I wholeheartedly hope that Deivy will get through this incident and have the opportunity to be a productive member of the Society again.

Sincerely


, Venezuela
04/17/2024

Kind regards Dear Judge Boasberg,

My name is ███████████████, sister of ███████████████ and aunt of ████
████████████. I voluntarily present myself, with due respect, to the
honorable Judge Boasberg through this letter to attest to and testify about the type of relationship I
had with Mr. Deivy Rodriguez Delgado and the value he holds for me and my family.

I have known Mr. Deivy Rodriguez Delgado for more than three years through my nephew Jostyn,
who brought him to my house one day during a family activity. I found him very respectful, slow,
and kind; I instantly liked that he was not boring. He always had a smile on his face and was very
pleasant.

I saw him very frequently, as our family often engaged in many weekly activities. He always said he
was present not only for the activities but also to visit me for anything I needed in my home and for
whatever he could help me and my husband with.

Certainly, there were times when I helped him financially with loans during emergencies because the
well-being of my nephew ████ is important to me. I remember that one time, it was to make a
payment that was missing from his home; I even provided a ring to pawn and put it at his disposal. I
treated him like another nephew, as he has earned the affection and respect of my family and me.

I feel a little sad to see him in this difficult circumstance, but I hope that soon everything will be
okay and that I will see him again.

With love ██████

██████████████████████

Honorable Judge James E. Boasberg
United States District Judge
US District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge James E. Boasberg,

My name is ███████████ I am writing to tell you about Deivy who is a friend and who will be sentenced by you.

I work as a housewife, married to ██████████, I have 2 daughters and I am part of an Evangelical Baptist Christian congregation in ████████ where I attend with my husband and family every week.

I can say that I have known Deivy since his childhood and he is a very kind person, with good feelings.

As a hard worker I also knew him. Deivy worked as a mathematics teacher at the Montesano Private School, where I also worked as an administrative staff, he always showed me to be a responsible person at work.

Deivy has also been a good student, he studied higher education at the Central University of Venezuela with a concentration in chemistry, being very exemplary for many people and family members.

My relationship with Deivy has always been full of respect, the times I was able to advise him he listened to me with great attention and respect.

As for his treatment of the community, I must say that he is a good neighbor, charismatic and very talkative.

Your Honor, I want to thank you for the time you have taken to read this letter, and I sincerely hope that Deivy will overcome this situation and have a new opportunity within society.

Sincerely,



██████████████, Venezuela
04/17/2024

Honorable Judge James E. Boasberg
United States District Judge
US District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge James E. Boasberg,

Writing to you is ████████ through this letter I wish to express to you that I know Deivy
Rodriguez, who is at the order of your office awaiting sentencing.

We are cousins, and I know that he is a good person, he is hardworking, and a good friend. Deivy is
a good collaborator and fulfills the duties and assignments that are given to him.

As family members, I have been able to live good moments with Deivy, showing me that he is a
great person with a noble heart.

To conclude, I wish to express my wish that Deivy can soon come out of this situation successfully,
so that we can meet and share good times.

Without adding more I'd like to thank you in advance for your valuable time and consideration.

Sincerely

████████████████████
████████████████
Venezuela
05/04/2024

Honorable Judge James E. Boasberg
United States District Judge
US District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge James E. Boasberg,

I am █████████ and I have known Deivy Rodríguez for approximately fourteen years, so through this letter I'd like to give reference about him, describe him a little and about the friendship we have had all this time.

I work in general services, such as home repairs, construction, electricity, blacksmithing. plumbing and installation of industrial roofs for sheds and workshops.

Deivy has always been a great friend. I can say that all this time that I have been knowing him, he has shown me he is a hardworking, studious and very educated person.

As for the relationship we have had, I first met his family and his parents, in fact I have worked with his father who is my friend too, then I met him and my impression for the moment is that I was in front of a hardworking and very responsible boy.

I can say that his behavior in the community has been reflected in his charisma and the respectful manner in which he treats people.

Without anything further I'd like to thank you in advance for your valuable time and consideration of this letter.

Sincerely

 Venezuela

04/23/2024

Honorable Judge James E. Boasberg
United States District Judge
US District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge James E. Boasberg,

My name is ███████████, I am friends with Deivy Rodriguez, who is at the service of your office. I would like to tell you a little about him and the friendship that we have.

I currently work as a private security officer in a shopping center in the city of ████████, here in the state of La Guaira, Venezuela.

My friendship with Deivy has been for years since I lived in the same house and am like a grandfather to him. For me he has always been very special, since he was a child, I've known him and I can say that he is a good person, respectful and friendly.

I can also describe Deivy as a very intelligent, dedicated and studious person (good student).

In the workplace, when he is entrusted with a task, he is responsible and fulfills it, he is a good worker and a great colleague. He likes to take on challenges and new knowledge.

Lastly, Your Honor, I want to thank you for taking the time to read this letter. I hope Deivy comes out in front and everything is resolved so that he can return to his family and loved ones.

Sincerely


, Venezuela
04/19/2024

Honorable Judge James E. Boasberg
United States District Judge
US District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge James E. Boasberg,

Writing to you is ███████████████, from Venezuela. I want to express to you that I have known Deivy Rodríguez since his birth. I am his aunt and I can say that he is a good boy, hardworking like no one else and very studious.

I am currently a housewife, I also do tailor and sewing work at home.

Deivy is a very cooperative person and fulfills his duties that are given to him.

As for the relationship we have had, I must say that as family he has always been respectful and considerate. He likes to help other family members and other people. I think he has been a good son and a good brother. As a friend I'd also consider him a good person, he has good intentions and is kind.

Finally, through this brief letter I want to ask you, dear judge, to review the possibility of considering this testimony that I have given of my nephew and allow it to serve as a better image of the Deivy Rodríguez's personality.

Without furthermore, I'd like to thank you in advance for your valuable time and consideration.


Sincerely

███████████
███████████████ Venezuela
05/09/2024

# EXHIBIT 2:

## College Diploma and Transcript





**UNIVERSIDAD CATOLICA ANDRES BELLO**
**Urb. Montalbán – La Vega – Apartado 20352**
**Telf. 407-44-44- Fax: 407.43-49**
**Secretaría General**

Quien suscribe, FRANCISCO JOSE VIRTUOSO S.J. Rector de la Universidad Católica Andrés Bello, certifica: que él (la) ciudadano (la) DEIVY JOSE RODRIGUEZ DELGADO, titular de la cédula de identidad V-23.597.624, expediente de estudios No 102964 curso en la carrera de, EDUCACION MENCION BIOLOGIA Y QUIMICA, que a continuación se indica las materias con sus respectivas calificaciones

| PERIODO Y AÑO | CODIGO | ASIGNATURAS DENOMINACIONES | UNIDAD CRED | CALIFICACIONES No | LETRAS |
|---|---|---|---|---|---|
| 02/13 | 210101 | LENGUA ESPAÑOLA I | 03 | 17 | DIECISIETE |
| 02/13 | 210202 | INTRODUCCION A LA FILOSOFIA | 03 | 18 | DIECIOCHO |
| 02/13 | 210303 | PSICOLOGIA GENERAL | 03 | 15 | QUINCE |
| 02/13 | 210404 | EDUCACION BASICA | 03 | 15 | QUINCE |
| 02/13 | 210505 | EDUCACION FISICA Y DEPORTE | 03 | 13 | TRECE |
| 02/13 | 210406 | PENSAMIENTO BOLIVARIANO | 03 | 18 | DIECIOCHO |
| | | TOTAL DE CREDITOS  18.00 | | | |
| 07/13 | 225101 | EVALUACION EDUCATIVA | 04 | 17 | DIECISIETE |
| 07/13 | 225202 | SOCIOLOGIA DE LA EDUCACION | 03 | 15 | QUINCE |
| 07/13 | 225303 | PSICOLOGIA EVOLUTIVA | 03 | 18 | DIECIOCHO |
| 07/13 | 225404 | FORMACION CIUDADANA | 03 | 17 | DIECISIETE |
| 07/13 | 220505 | ESTADISTICA GENERAL | 03 | 15 | QUINCE |
| 07/13 | 220606 | ORIENTACION EDUCATIVA | 03 | 13 | TRECE |
| | | TOTAL DE CREDITOS  18.00 | | | |
| 02/14 | 236401 | ETICA Y DOCENCIA | 03 | 13 | TRECE |
| 02/14 | 236402 | FUNDAMENTOS DE BIOLOGIA | 03 | 13 | TRECE |
| 02/14 | 236403 | FUNDAMENTOS DE LA QUIMICA | 03 | 15 | QUINCE |
| 02/14 | 236404 | MATEMATICA | 03 | 18 | DIECIOCHO |
| 02/14 | 230405 | BIOMETRIA | 03 | 15 | QUINCE |
| 02/14 | 230406 | BIOQUIMICA | 04 | 15 | QUINCE |
| | | TOTAL DE CREDITOS  19.00 | | | |
| 06/14 | 240101 | FILOSOFIA DE LA EDUCACION | 03 | 13 | TRECE |
| 06/14 | 240202 | MATEMATICA APLICADA | 03 | 18 | DIECIOCHO |
| 06/14 | 240343 | EVALUACION EDUCATIVA | 03 | 15 | QUINCE |
| 06/14 | 240404 | CALCULO MATEMATICO | 03 | 15 | QUINCE |
| 06/14 | 240505 | DIDACTICA DE LA MATEMATICA | 03 | 13 | TRECE |
| 06/14 | 240406 | FUNDAMENTOS DE BIOLOGIA II | 02 | 18 | DIECIOCHO |
| 06/14 | 240507 | FUNDAMENTOS DE LA QUIMICA II | 03 | 13 | TRECE |
| | | TOTAL DE CREDITOS  20.00 | | | |
| 02/15 | 255101 | CIENCIA II | | | |
| 02/15 | 255202 | FISOQUIMICA | 03 | 13 | TRECE |
| 02/15 | 255303 | HISTORIA DE VENEZUELA | 04 | 15 | QUINCE |
| 02/15 | 255404 | HISTORIA UNIVERSAL | 03 | 18 | DIECIOCHO |
| 02/15 | 250405 | ESTERIOQUIMICA ORGANICA | 03 | 13 | TRECE |
| 02/15 | 250406 | EL NIÑO CON NECESIDADES ESPECIALES | 03 | 15 | QUINCE |
| 02/15 | 250507 | PRACTICA I | 03 | 16 | DIECISEIS |
| | | TOTAL DE CREDITOS  18.00 | 04 | 13 | TRECE |

# EXHIBIT 3:

## Employment Letters and Translations



**U.E.P. COLEGIO "SAN VICENTE DE PAÚL"**
*Inscrito en el Ministerio del Poder Popular para la Educación*
*Calle Real de Parinta – Maiquetía – Edo. Vargas*
*Telf: (0212) 332-6627 / (0212) 332-9587*



Asociación
Civil
Altamar

J-309267868

## CONSTANCIA DE TRABAJO EGRESADO

Por medio de la presente, hacemos constar que el ciudadano: **RODRÍGUEZ DELGADO DEIVY JOSÉ**, titular de la cédula de identidad Nº V- 23.597.624, prestó sus servicios en calidad de **PROFESOR DE EDUCACIÓN MEDIA GENERAL** en ésta "UNIDAD EDUCATIVA PRIVADA COLEGIO SAN VICENTE DE PAÚL", desde el 13/10/2014 hasta el 13/07/2015. Último salario devengado DOS MIL OCHOCIENTOS BOLÍVARES (Bs. 2.800,00).

Constancia que se expide a petición de la parte interesada, en Maiquetía a los catorce días del mes de febrero del año dos mil veinticuatro.





Escaneado con CamScanner

**U.E.P. Colegio "San Vicente de Paúl**

PROOF OF WORK COMPLETED

By means of the present, we hereby state that the citizen: Rodriguez Delgado Deivy Jose, holder of the identity No. V- 23.597.624, rendered his services as teacher of general secondary education in this "Unidad Educativa Privada Colegio San Vicente de Paúl", from 13/10/2014 until 13/07/2015. Last salary earned two thousand eight hundred bolivares (Bs. 2,800.00).

Certificate issued at the request of the interested party, in Maiquetia on the fourteenth day of February of the year two thousand and twenty-four.

███████████████

Director

  

U.E.
"COLEGIO MONTESANO"

## CONSTANCIA

Quien suscribe, ████████████████ Director de la U.E. Colegio Privado Montesano, hace constar por medio de la presente que el (la) Ciudadano (a): **RODRIGUEZ DELGADO, Deivy José**, portador (a) de la Cédula de Identidad **V-23.597.624**, trabajó en nuestra institución desempeñando el cargo como: **Profesora por Horas en Educación Secundaria**, desde el 02 de Mayo de 2013 hasta el 15 de Noviembre de 2013.

Constancia que se expide a petición de la parte interesada a los Veintidós días del mes de Enero de Dos Mil Veinticuatro.



Calle Real de Montesano, Frente al Almacén N. ° 15, Parroquia Carlos Soublette, Estado La Guaira.
Teléfono: 0212-3320801 Fax: 0212-3314407 – Rif J-30976154-4 Correo Electrónico: privadomontesano.educa@gmail.com

 

Escaneado con CamScanner

**U.E. COLEGIO MONTESANO**

PROOF

The undersigned, ███████████████████████████████████████
hereby certifies that the citizen Rodriguez Delgado Deivy Jose, holder of the identity V-
23.597.624, worked in our institution as a teacher by hours in secondary education.

This certificate is issued at the request of the interested party, on the twenty-second day of
January of the year two thousand and twenty-four.

████████████████████

Director